**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANA SANTOS,**

*Plaintiff,*

v. Case No.: 8:26-cv-1707-JSM-LSG

**CLARITY SERVICES, INC.,**

*Defendant.*
__________________________________/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice, effective September 1, 2026, each party to bear its own costs and attorneys' fees.

Respectfully submitted on September 1, 2026.

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
3505 E. Frontage Rd., Ste. 145
Tampa, Florida 33607
(813) 321-2348
BGeiger@seraphlegal.com
Service@seraphlegal.com
*Counsel for Plaintiff*